**Order entered July 29, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00401-CV

**FINANCE OF AMERICA REVERSE, LLC, Appellant**

**V.**

**CELIA A. HOPKEN, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-16418**

## ORDER

In accordance with our June 25, 2019 order, appellant has filed a status report regarding settlement. Appellant informs the Court the parties continue to finalize the logistics of the settlement terms, and it anticipates the settlement will be completed by August 16, 2019.

Based on the status report, we **ORDER** appellant to file, no later than August 26, 2019, either a motion to dismiss the appeal or a second status report.

/s/     BILL WHITEHILL
JUSTICE